UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA M. PORTELA,<br>    Plaintiff<br><br>vs.<br><br>WAL-MART STORES EAST, LP<br>    Defendant | Civil Action No. 05-10844-MEL |

### DEFENDANT'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Jacqueline Cravens (authorized representative of Wal-Mart Stores East, LP) and undersigned counsel for said defendant certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: August 29, 2005

*Jacqueline G. Cravens*
Jacqueline Cravens, Esq.
Authorized Representative of
Wal-Mart Stores, Inc.

Dated: August 29, 2005

*Anna J. Johnson*
Richard E. Quinby, BBO #545641
Anna L. Johnson, BBO #657123
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of each document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, on August 2⧸ 2005.

_____
Anna L. Johnson