UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURA M. PORTELA, | ) | |
|     Plaintiff | ) | |
| | ) | C.A. NO. 05-10844 MEL |
| vs. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
|     Defendant | ) | |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties, by and through counsel, state that they have conferred in this matter and hereby submit their Joint Statement Pursuant to Local Rule 16.1(D).

A. Proposed Pre-Trial Schedule

    1. Amendments to pleadings to add parties by: November 1, 2005

    2. Completion of written discovery and fact depositions by: January 30, 2006

    3. Plaintiff's designation of expert witnesses by: March 15, 2006

    4. Defendant's designation of expert witnesses by: May 2, 2006

    5. Expert depositions by: August 1, 2006

    6. Dispositive Motions by: September 15, 2006

    7. Final Pre-Trial Conference by: October 14, 2006

B. The parties have not yet determined whether they will consent to trial by magistrate judge.

C. The plaintiff has presented a written settlement proposal to the defendant.

D. The parties' certifications pursuant to Local Rule 16.1(D)(3) will be submitted.

Respectfully submitted,

| | |
|---|---|
| The plaintiff,<br>By her Attorneys, | The defendant,<br>By its Attorneys, |
| KECHES & MALLEN, P.C. | CRAIG AND MACAULEY, P.C. |
| *(signature)*<br>CHARLOTTE E. GLINKA<br>BBO # 559117<br>122 Dean Street<br>Taunton, MA 02780<br>(508) 822-2000 | *(signature)*<br>ANNA L. JOHNSON<br>BBO # 657123<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 |

DATED: August 25, 2005
JtStmt-16.1D3

## CERTIFICATE OF SERVICE

I, Charlotte E. Glinka, of Keches & Mallen, P.C., counsel for the plaintiff, hereby certify that on this 25th day of August, 2005, I served the parties' **Joint Statement Pursuant to Local Rule 16.1(D)**, by forwarding a copy of same by first-class mail, postage prepaid, to:

Richard E. Quinby, Esquire
Anna L. Johnson, Esquire
CRAIG AND MACAULEY, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

_____
CHARLOTTE E. GLINKA

CertSvc2

# ̤ECHES & MALLEN, P.C.
### ATTORNEYS AT LAW
122 Dean Street
Taunton, MA 02780
(508) 822-2000
Fax (508) 822-8022
www.keches-mallen.com



George N. Keches
Richard T. Mallen
Joseph F. Agnelli, Jr.
Brian C. Cloherty
Brian C. Dever
Judith B. Gray**
Charlotte E. Glinka

Kathy Jo Cook
Claudine A. Cloutier*
Seth J. Elin
Matthew F. King
Ernest J. Palazzolo, Jr.
Mark D. Warcup
Daniel M. Surprenant

*Of Counsel*
Ann Marie Maguire

Gregg J. Pasquale
Melissa A. White

*Admitted in Massachusetts and Rhode Island
**Admitted in Massachusetts, Rhode Island and Connecticut

**DIRECT ALL CORRESPONDENCE TO THE TAUNTON OFFICE**

**BOSTON OFFICE**
141 Tremont Street, 6th Floor
Boston, MA 02111
(617) 426-7900

**FALL RIVER OFFICE**
321 North Main Street
Fall River, MA 02721
(508) 676-7900

**WORCESTER OFFICE**
41 Elm Street
Worcester, MA 01609
(508) 798-7900

**NEW BEDFORD OFFICE**
167 William Street
New Bedford, MA 02740
(508) 994-7900

August 25, 2005

email: cglinka@keches-mallen.com

**VIA FEDERAL EXPRESS**

Civil Clerk's Office
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    RE:    *Laura Portela vs. Wal-Mart Stores East, LP*
             United States District Court, C.A. No. 05-10844 MEL

Dear Madam or Sir:

    Enclosed with reference to the above matter and the Scheduling Conference on September 1, 2005, please find the following for docketing and filing:

1. Joint Statement Pursuant to Local Rule 16.1(D); and
2. Certificate of Service.

Thank you for your attention to the foregoing.

                           Very truly yours,

                           KECHES & MALLEN, P.C.

                           Charlotte E. Glinka

CEG/dkd
Enclosures
FedCrt3-JtStmt

cc:    Anna L. Johnson, Esquire