*Filed in Open Court.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA M. PORTELA, )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>WAL-MART STORES EAST, LP, )<br>    Defendant ) | C.A. NO. 05-10844 MEL |

### PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The plaintiff and plaintiff's counsel hereby certify that they have conferred concerning the expected costs of full litigation in this matter, as well as alternatives to full litigation, and have also conferred concerning the possibility of submitting this matter to alternative dispute resolution.

Respectfully submitted,

By the plaintiff,
Laura M. Portela,

_____
LAURA M. PORTELA

By her Attorneys,
KECHES & MALLEN, P.C.

_____
CHARLOTTE E. GLINKA
BBO # 559117
122 Dean Street
Taunton, MA 02780
(508) 822-2000

DATED: August 26, 2005
Certif-16.1D3

CERTIFICATE OF SERVICE

I, Charlotte E. Glinka, of Keches & Mallen, P.C., counsel for the plaintiff, hereby certify that on this 1st day of September, 2005, I served the **Plaintiff's Certification Pursuant to Local Rule 16.1(D)(3)**, by forwarding a copy of same in hand, to:

Richard E. Quinby, Esquire
Anna L. Johnson, Esquire
CRAIG AND MACAULEY, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

_____
CHARLOTTE E. GLINKA

CertSvc3