UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAURA M. PORTELA, )
    Plaintiff )
)
vs. )
) Civil Action No. 05-10844-MEL
WAL-MART STORES EAST, LP )
    Defendant )
)

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties, by and through counsel, state that they have conferred in this matter and hereby submit their Joint Statement Pursuant to Local Rule 16.1(D).

A.    Agenda of matters to be discussed at Scheduling Conference:

    1.    Wal-Mart's request for an independent medical exam of Plaintiff with Dr. James Otis, who is board certified in neurology and pain medicine.

    2.    Completion of discovery, including expert discovery.

B.    Proposed Pre-Trial Schedule

    1.    Completion of written discovery and fact depositions by:    August 30, 2007

    2.    Parties' designation of expert witnesses by:    September 28, 2007

    3.    Expert Depositions completed by:    October 31, 2007

    4.    Dispositive Motions by:    November 30, 2007

    5.    Final Pre-Trial Conference by:    December 28, 2007

C.    The parties have not yet determined whether they will consent to a trial by a magistrate judge.

D.    The Plaintiff has presented a written settlement proposal to the Defendant. Defense counsel has conferred with its client on the subject of settlement. Before the Defendant can appropriately respond to Plaintiff's demand, Defendant is desirous of conducting an independent medical exam of the Plaintiff with Dr. James Otis, a board certified neurologist at the Boston Medical Center and feels it will be in a better position to discuss Plaintiff's

settlement demand after Dr. Otis has had the opportunity to examine the Plaintiff and conduct several diagnostic tests. The parties are willing to go to mediation to attempt to resolve this matter.

Dated: June 21, 2007

| | |
|---|---|
| LAURA PORTELA,<br>By her attorneys, | WAL-MART STORES, LP<br>By its attorneys, |
| KECHES & MALLEN, P.C.<br><br>*[signature]*<br>Charlotte E. Glinka BBO# 559117<br>122 Dean Street<br>Taunton, MA 02780<br>(508) 822-2000 | CRAIG AND MACAULEY<br>PROFESSIONAL CORPORATION<br><br>*[signature]*<br>Richard E. Quinby BBO# 545641<br>Anna L. Johnson BBO# 657123<br>Craig and Macauley,<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 |

2