UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAURA M. PORTELA                            *
                                            *
            Plaintiff,                      *
                                            *
     v.                                     *
                                            *     Civil Action No. 05-10844-JLT
WAL-MART STORES EAST, LP                    *
                                            *
            Defendant.                      *

ORDER

October 31, 2007

TAURO, J.

        Following the transfer of the case to this court, the court hereby orders that:

        1.      The parties shall report to the court on the possibility of settlement or mediation by

                4 P.M. on November 8, 2007.[1]

        2.      If the case has not settled, the parties shall file a status report by 4 P.M. on

                November 8, 2007, detailing the current posture of the case and all outstanding

                issues.

        IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                    United States District Judge

_____

        [1] The parties' Joint Statement Pursuant to Local Rule 16.1(D) [#12], indicated, among
other things, (1) that a settlement proposal was on the table; and (2) that the parties were willing
to go to mediation to resolve this matter.