# KECHES & MALLEN, P.C.
## ATTORNEYS AT LAW
122 Dean Street
Taunton, MA 02780
(508) 822-2000
Fax (508) 822-8022
*www.keches-mallen.com*

George N. Keches
Richard T. Mallen
Joseph F. Agnelli, Jr.
Brian C. Cloherty
Brian C. Dever
Judith B. Gray**
Charlotte E. Glinka
Kathy Jo Cook

Claudine A. Cloutier*
Seth J. Elin
Matthew F. King
Kevin P. DeMello*
Sean C. Flaherty
John P. Story
Andrea L. McKnight
William A. Hanlon
Jason R. Markle

*Of Counsel*
Ann Marie Maguire   Gregg J. Pasquale
                    Melissa A. White

*Admitted in Massachusetts and Rhode Island
**Admitted in Massachusetts, Rhode Island and Connecticut

**DIRECT ALL CORRESPONDENCE TO THE TAUNTON OFFICE**

**BOSTON OFFICE**
141 Tremont Street, 6th Floor
Boston, MA 02111
(617) 426-7900

**WORCESTER OFFICE**
41 Elm Street
Worcester, MA 01609
(508) 798-7900

**FALL RIVER OFFICE**
321 North Main Street
Fall River, MA 02721
(508) 676-7900

**NEW BEDFORD OFFICE**
167 William Street
New Bedford, MA 02740
(508) 994-7900

December 4, 2007       email: cglinka@keches-mallen.com

Justice Joseph L. Tauro
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Attn:   Ms. Zita Lovett, Courtroom Clerk

Re:   *Laura Portela vs. Wal-Mart Stores East, LP*
      United States District Court, C.A. No. 05-10844 JLT

Dear Ms. Lovett:

This will confirm that the parties in the above matter have agreed to submit this matter to a Magistrate Judge for all purposes, including trial.

It is our understanding that the status conference scheduled for Wednesday, December 5, 2007, will therefore be canceled.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

The plaintiff, by her Attorneys,
KECHES & MALLEN, P.C.


/s/ Charlotte E. Glinka
Charlotte E. Glinka

Very truly yours,

The defendant, by its Attorneys,
CRAIG AND MACAULEY


/s/ Richard E. Quinby
Richard E. Quinby

FedCrt5-LtrAgrMag