**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.  05-cv-10844

Title:   Portela v. Wal-Mart Stores, East LP

**N O T I C E**

Please take notice that this case previously assigned to Judge   Tauro   has been reassigned to Magistrate Judge Alexander for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials   JLA  .

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Kimberly M. Abaid
Deputy Clerk

Date: December 5, 2007

(Notice of LR40.1 Reassign.wpd - 3/7/2005)