UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10844-JLA

LAURA M. PORTELA,

Plaintiff

v.

WAL-MART STORES EAST, LP,

Defendant

### ORDER ON RECUSAL

ALEXANDER, M.J.

This Court hereby recuses itself from consideration of the above-entitled action pursuant to 28 U.S.C. § 455(a). Accordingly, the case file is returned to the District Court.

SO ORDERED.

*December 7, 2007*                                  */s/ Joyce London Alexander*
Date                                                United States Magistrate Judge