UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA M. PORTELA,<br>　　Plaintiff<br><br>vs.<br><br>WAL-MART STORES EAST, LP<br>　　Defendant | )<br>)<br>)<br>)<br>)　Civil Action No. 05-10844-JLT<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Mass. R. Civ. P. 11(d), please note the withdrawal of Anna L. Johnson as counsel to Wal-Mart Stores East, LP. in the above-referenced matter.  Richard E. Quinby and Craig and Macauley Professional Corporation will remain counsel to Defendant Wal-Mart Stores East, LP.

Dated:  March 27, 2008            WAL-MART STORES EAST, LP

　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　CRAIG AND MACAULEY
　　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　*/s/ Anna L. Johnson*
　　　　　　　　　　　　　　　　　Richard E. Quinby (BBO #545641)
　　　　　　　　　　　　　　　　　Anna L. Johnson (BBO #657123)
　　　　　　　　　　　　　　　　　Craig and Macauley
　　　　　　　　　　　　　　　　　　Professional Corporation
　　　　　　　　　　　　　　　　　Federal Reserve Plaza
　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　(617) 367-9500

2

CERTIFICATE OF SERVICE
---

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 27, 2008.

                                                                         /s/ Anna L. Johnson
                                                          Anna L. Johnson