UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil No.
**05cv10844-LTS**

LAURA M. PORTELA

Plaintiff

v.

WAL-MART STORES, EAST LP

Defendant

<u>RECUSAL ORDER</u>

May 6, 2008

SOROKIN, M.J.

    Pursuant to 28 U.S.C. § 455(b)(4), I hereby recuse myself from this case and direct that the Clerk assign another Magistrate-Judge to this case.

                                                        /s/ Leo T. Sorokin
                                                  LEO T. SOROKIN
                                                  United States Magistrate Judge