UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LAURA M. PORTELA,           )
     Plaintiff              )
                            )
vs.                         )   Civil Action No. 05-10844-MEL
                            )
WAL-MART STORES EAST, LP    )
     Defendant              )
                            )
```

MOTION PURSUANT TO LOCAL RULE 83.5.3(b)
OF THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS FOR ADMISSION OF
NADIA CHINCHILLA, ESQUIRE *PRO HAC VICE*

Richard E. Quinby, a member of the bar of the United States District Court for the District of Massachusetts, who has filed an appearance in this matter, moves for entry of an order authorizing Nadia Chinchilla to practice *pro hac vice* before the United States District Court for the District of Massachusetts to represent Wal-Mart Stores East, LP, in the above-captioned proceedings, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts. In support thereof, the certificate of Nadia Chinchilla, required by Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts are attached hereto as Exhibit A.

Dated: June 10, 2008               /s/Richard Quinby
                                   Richard E. Quinby
                                   (BBO#545641)
                                   Nadia Chinchilla
                                   (BBO #662794)
                                   CRAIG AND MACAULEY
                                   PROFESSIONAL CORPORATION
                                   Federal Reserve Plaza
                                   600 Atlantic Avenue
                                   Boston, MA 02210
                                   (617) 367-9500

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA M. PORTELA,<br>    Plaintiff<br><br>vs.<br><br>WAL-MART STORES EAST, LP<br>    Defendant | )<br>)<br>)<br>) Civil Action No. 05-10844-MEL<br>)<br>)<br>)<br>) |

    I, Nadia Chinchilla, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in the Commonwealth of Massachusetts, the State of California and the State of New York and am in good standing in every jurisdiction where I have been admitted to practice.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    Sworn to under the penalties of perjury.

Dated: June 10, 2008        /s/*Nadia Chinchilla*
                                        *Nadia Chinchilla*
                                        (BBO #662794)
                                        CRAIG AND MACAULEY
                                        PROFESSIONAL CORPORATION
                                        Federal Reserve Plaza
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        (617) 367-9500
                                        Email: chinchilla@craigmacauley.com